# Notice Recipients

District/Off: 1126–2  User: admin  Date Created: 04/06/2018
Case: 18–01497–DSC7  Form ID: 309A  Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Katrina Lavender | 3475 Jeanne Lane | Hueytown, AL 35023 | | |
| tr | Andre' M Toffel | Andre' M Toffel, PC | 450A Century Park South | Suite #206A | Birmingham, AL 35226 |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 | |
| 9696611 | ATT Direct TV – CBE Group | Account 8289 | PO Box 900 | Waterloo, IA 50704 | |
| 9696612 | Advance America | Account 8289 | 8 Phillips Drive | Midfield, AL 35228 | |
| 9696584 | Alabama Orthopaedic Center | Account 8289 | 3525 Independence Drive | Homewood AL | |
| 9696613 | Check & Go – Plaza Services | Account 8289 | 110 Hammond Dr, Ste 110 | Atlanta, GA 30328 | |
| 9696617 | Comenity Bank – Ashley Stewart | Account 8289 | 120 Corp. Blvd., Ste 110 – | Norfolk, VA 23502 | |
| 9696631 | Credit Central | Account 8289 | 536 West Town Plaza | Bessemer, AL 35020 | |
| 9696623 | Easy Money – Midwest Recovery | Account 8289 | 2747 W. Clay Street, Ste. A | Saint Charles MO 63301 | |
| 9696616 | Home Depot (c/o Citibank NA) | Account 8289 | 120 Corporate Blvd, Ste. 100 – 11 | Norfolk VA 23502 | |
| 9696633 | JP Morgan Chase– Attn:CSR | Account 8289 | Mail Code: OH4–7302 | Columbus, OH 43224 | |
| 9696624 | Midnight Velvet | Account 8289 | 1112 7th Ave., POB 2816 | Monroe WI 53566 | |
| 9696632 | Santander Consumer USA | Account 8289 | 1010 Mockingbird Ln, Ste 100 | Dallas, TX 75247 | |
| 9696626 | Silverstar – Trident Asset Mgmt. | Account 8289 | 53 Perimeter Ctr, Parkway, Ste. 15 | Atlanta GA 30346 | |
| 9696627 | Springleaf – One Main Financial | Account 8289 | 430 Greerisprings Hwy., Ste 13 | Birmingham AL 35209 | |
| 9696630 | UAHSF – Amsher Collections Services | Account 8289 | 4524 Southlake Pkwy, Ste 15 | Hoover, AL 35244 | |

TOTAL: 17